**KAREN STEVENS**
Attorney at Law
California Bar No. 110009
105 W. "F" Street
San Diego, California 92101
Telephone No. (619) 239-8553
Facsimile No. (619) 239-0056

Attorney for Defendant:
**CESAR FONTES-LOMELI**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR01084-IEG |
| Plaintiff, ) | Date: July 8, 2008 |
| vs. ) | |
| CESAR FONTES-LOMELI, ) | **JOINT MOTION TO CONTINUE SENTENCING HEARING; ORDER THEREON** |
| Defendant. ) | |

IT IS HEREBY STIPULATED and agreed, by and between the defendant, CESAR FONTES-LOMELI, by and through his attorney, Karen M. Stevens, and the plaintiff, United States of America, through its counsel, the undersigned Assistant United States Attorney, to continue defendant's Sentencing hearing in the above-entitled case before the Honorable Irme E. Gonzalez, United States District Court Judge, from July 14, 2008, at 9:00 a.m., to September 8, 2008, at 9:00a.m.

The parties agree this requested continuance is appropriate, and in the furtherance of justice.

**SO STIPULATED AND AGREED.**

Dated: July 8, 2008                                   S/KAREN M. STEVENS

Dated: July 8, 2008                                   S/CHARLOTTE KAISER