# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr1084 IEG |
| Plaintiff, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| vs. ) | |
| CESAR FONTES-LOMELI, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, Karen M. Stevens, am a citizen of the United States over the age of eighteen years, and a resident of San Diego County, California; my business address is 105 W. F Street, San Diego, California; I am not a party to the above-entitled action; and

On July 8, 2008, I electronically served, in the above-entitled action, Defendant's Joint Motion To Continue Sentencing, to: Charlotte Kaiser, Assistant United States Attorney,@usdoj.gov,charlottekaiser@aol.com

So certified on this 8th day of the month of July, 2008, in San Diego, California.

                                          S/ Karen M. Stevens  
                                        KAREN M. STEVENS, Attorney