**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr1084 IEG |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| CESAR FONTES-LOMELI, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, Karen M. Stevens, am a citizen of the United States over the age of eighteen years, and a resident of San Diego County, California; my business address is 105 W. F Street, San Diego, California; I am not a party to the above-entitled action; and

On September 3, 2008, I electronically served, in the above-entitled action, Defendant's Joint Motion To Continue Sentencing, to: Charlotte Kaiser, Assistant United States Attorney,@usdoj.gov,charlottekaiser@aol.com

So certified on this 3rd day of the month of September, 2008, in San Diego, California.


        S/ Karen M. Stevens
        KAREN M. STEVENS, Attorney